IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TUAN SAMAHON,                        :    CIVIL ACTION
                                     :    NO. 12-4839
          Plaintiff,                 :
                                     :
     v.                              :
                                     :
FEDERAL BUREAU OF                    :
INVESTIGATION, et al.,               :
                                     :
          Defendants.                :

**O R D E R**

**AND NOW**, this **25th** day of **August, 2014,** for the
reasons set forth in the accompanying memorandum, it is hereby
**ORDERED** that Defendants' Supplemental Motion for Summary
Judgment (ECF No. 23) and Second Supplemental Motion for Summary
Judgment (ECF No. 35) are **DENIED.**

It is further **ORDERED** that Plaintiff's Renewed Motion
for Summary Judgment (ECF No. 27) and Third Motion for Summary
Judgment (ECF No. 38) are **GRANTED in part** and **DENIED in part** as
follows:

1. The FBI's failure to provide Plaintiff with an
   unredacted version of the DeLoach Memorandum is
   **DECLARED unlawful;**

2. The FBI is **ORDERED** to promptly provide
   Plaintiff with an unredacted version of the
   DeLoach Memorandum;

3. The FBI's categorical denial of Plaintiff's request for FBI File No. 62-HQ-110654 is **DECLARED unlawful;**

4. The FBI is **ORDERED** to review FBI File No. 62-HQ-110654 again in light of the Court's ruling and to release to Plaintiff any reasonably segregable, nonexempt material contained within the file;

5. Plaintiff's request for injunctive relief compelling the FBI to produce the entirety of FBI File No. 62-HQ-110654 is **DENIED;**

6. Any additional relief sought under the Administrative Procedure Act is **DENIED.**

**AND IT IS SO ORDERED.**

**/s/ Eduardo C. Robreno**
**EDUARDO C. ROBRENO,    J.**

2